IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. **08-30254-05-JPG** |
| **GENESIS M. EFFINGER,** | ) ) ) |
| Defendant. | ) |

## ORDER MODIFYING CONDITIONS OF RELEASE

**PROUD, Magistrate Judge:**

Defendant Genesis Effinger, represented by counsel, made her initial appearance in this district and was arraigned on January 7, 2009. The defendant had initially appeared in the Northern District of Illinois and was released on bond and removed to the Southern District of Illinois. After consultation with the Pretrial Services Office in this district, defendant Effinger's conditions of release are modified as follows:

1. Defendant's travel is restricted to the State of Illinois; and

2. Defendant shall not tamper with drug testing, but the condition that she not tamper with electronic monitoring ("EM") is removed, as are the requirements that she be placed on EM and have a curfew.

All other conditions of release remain in effect.

**IT IS SO ORDERED.**

**DATED:  January 7, 2009**

s/ Clifford J. Proud
**CLIFFORD J. PROUD
U. S. MAGISTRATE JUDGE**